# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARKUS DEWAYNE PARHAM,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:11CV63-3-V

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2011 Order.

Signed: May 19, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court